# EXHIBIT A

Electronically Filed - EASTERN DISTRICT CT OF APPEALS - October 04, 2024 - 06:16 PM

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on or before the 4th day of October 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

A. J. BRONSKY, #29686
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
314-421-3400
314-421-3128-FAX
e-mail: ajbronsky@bjpc.com
ATTORNEYS FOR RESPONDENTS

                                        /s/ Edward "Coach" Weinhaus

4

# EXHIBIT B



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Los Angeles District Office
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 10/15/2024

To: Edward Weinhaus
102 Ladue Aire Drive
Creve Coeur, MO

On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR 1601.7(a))

Charge No: 37A-2024-01874

EEOC Representative and email: KARRIE MAEDA
State, Local & Tribal Program Manager
karrie.maeda@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC is closing this charge because the facts alleged in the charge fail to state a claim under any of the laws enforced by EEOC.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Christine Park-Gonzalez
10/15/2024
Christine Park-Gonzalez
District Director

# EXHIBIT C

| | Weinhaus (no B/S sections) | Weinhaus | UME Faculty Weinhaus | UME Faculty w/o Weinhaus | MBA Faculty | MBA Entr'p Faculty | MBA Lecturers |
|---|---|---|---|---|---|---|---|
| AVERAGE | 4.702 | 4.652 | 4.21 | 4.18 | 4.53 | 4.24 | 4.31 |
| Avg Rating Differential to 5.0 | | 0.35 | 0.79 | 0.82 | 0.47 | 0.76 | 0.69 |
| Ratio of Faculty to Weinhaus Differential | | | 2.27 | 2.36 | 1.35 | 2.19 | 1.98 |
| MAX | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 4.91 | 5.00 |
| MIN | 4.20 | 4.13 | 2.27 | 2.27 | 1.75 | 3.43 | 2.1 |
| Sections | 15 | 17 | 196 | 179 | 605 | 23 | 77 |

*Weinhaus: Summer of 2017 forward. UME data via Sorenson. Faculty Evals site data source for Anderson ("MBA")

Case 2:25-cv-00262-JFW-AS   Document 1-1   Filed 01/10/25   Page 7 of 15   Page ID #:50

# EXHIBIT D



Edward Weinhaus <eaweinhaus@gmail.com>

## Activate Your Account to View UC Earnings Statements and W-2s

**UCPath.noreply@universityofcalifornia.edu** <UCPath.noreply@universityofcalifornia.edu>    Wed, Mar 8, 2023 at 11:37 AM
To: eaweinhaus@gmail.com

Dear  **Edward Weinhaus,**

As a former University of California employee, you will have continued access to view or download your UC earning statements, W-2s, and Verification of Employment Letter (for up to three years after your separation date).

You may access your records via two applications: At Your Service Online (AYSO) or UCPath online.  The matrix below will help guide you to the correct application.

- Example 1: Mary May retired from UCR and needs an earning statement from May 1, 2018. Following the matrix below, the information is in UCPath.
- Example 2: Don Day separated from UCSB and needs a W-2 statement from 2017. Following the matrix below, the information is in AYSO.

| Location | Earning Statements | | W-2 | | Verification of Employment Letter | |
|---|---|---|---|---|---|---|
| | Payday Date Range | System | Date Range | System | Job Date Range | System |

# EXHIBIT E



# E.A. WEINHAUS
## Evaluation of Instruction Program Report
19F: MGMT 195 TUT 1: INTERNSHIP
No. of responses = 7
Enrollment = 7
Response Rate = 100%

---

### 1. Background Information:

**1.1) Your Degree Program:**

- Undergraduate Accounting: 0
- Other: 7

n=7

**1.2) If "Other", please specify your degree program (100 characters maximum):**

- Anthropology; Entrepreneurship Minor
- College of Letters and Science
- Communications Major, Entrepreneurship Minor
- Entrepreneur minor
- Entrepreneurship
- Entrepreneurship Minor
- Minor in Entrepreneurship

### 2. UCLA Anderson School of Management:

**2.1) How effectively was the learning experience organized?**
Very Low — Extremely High; scale 1–5 counts: 0, 0, 0, 3, 4
n=7, av.=4.57, md=5, dev.=0.53

**2.2) How well did the instructor demonstrate mastery of the subject?**
Very Low — Extremely High; scale 1–5 counts: 0, 0, 0, 3, 4
n=7, av.=4.57, md=5, dev.=0.53

**2.3) To what extent was the instructor committed to this learning process?**
Very Low — Extremely High; scale 1–5 counts: 0, 0, 0, 1, 6
n=7, av.=4.86, md=5, dev.=0.38

**2.4) How rigorous was this learning experience?**
Very Low — Extremely High; scale 1–5 counts: 0, 2, 2, 2, 1
n=7, av.=3.29, md=3, dev.=1.11

**2.5) To what extent did the course increase your understanding of the subject?**
Very Low — Extremely High; scale 1–5 counts: 0, 0, 1, 0, 5
n=6, av.=4.67, md=5, dev.=0.82, ab.=1

**2.6) Overall, how would you rate this course?**
Very Low — Extremely High; scale 1–5 counts: 0, 0, 2, 0, 5
n=7, av.=4.43, md=5, dev.=0.98



E.A. WEINHAUS, 19F: MGMT 195 TUT 1: INTERNSHIP

2.7) Overall, how would you rate the instructor?  

### 3. Comments:

3.1) Comments to the instructor of this course:

- Coach Weinhause has made this class my favorite class I have ever taken at UCLA. Every time we had a lecture I did not feel like I was being forced to learn the material, I was excited to learn. The best part of this class was the fact that Coach would teach us things that we would never be able to find in a textbook, and that to me is invaluable. His tips on how to succeed in the business world and in your personal life are things that I will hold with me for the rest of my life and in every aspect of it. Best class ever. Best Coach ever.

- Coach is clearly very committed and dedicated to his work with his students. I did not expect to have such an organized, well thought out, and interactive lecture with him as we have had. By only having class 3 times throughout the quarter, it has allowed me to spend my time with my internship as opposed to balancing too much on my plate. I really enjoyed and looked forward to these nightly meetings.

- Coach was great! Learned a lot of new concepts I never thought about before. Great life lessons. Small, intimate classroom setting was great and necessary for this. Glad that we met 3x a quarter, b/c meeting more would be a lot of work on top of an internship. This is a unique opportunity, especially at a school the size of UCLA. Grateful to have taken this course -- definitely stands out as one of the most memorable classes in my college career.

- I really enjoyed this capstone class. The hands-on experience for me was invaluable. I learned a lot about myself and where and how I need to grow to become a true professional. Also, only meeting three times a quarter was fantastic. I was able to focus more on my internship and apply for other internships/jobs. I believe every student no matter their major or minor should have to go through one of these classes before they graduate. Really great experience. Don't change a thing.

- Material was interesting and I think added to the internship experience. "Coach" was a bit harsh in his evaluation of students during class, but I think he meant well. The small class size was nice.

- The structure of this course was unlike any our class at UCLA. The small and intimate seminar setting really benefits the class. I felt closer to my professor and classmates and this quarter felt like a journey we all grew together with our internships. Huge fan of the ethos of this course being about the student and how the student can grow to achieve their goals in the future. Keep it the way it is.

# Profile

Subunit: MGMT
Name of the instructor: E.A. WEINHAUS
Name of the course: 19F: MGMT 195 TUT 1: INTERNSHIP
(Name of the survey)

Values used in the profile line: Mean

## 2. UCLA Anderson School of Management:



| | | | | |
|---|---|---|---|---|
| 2.1) | How effectively was the learning experience organized? | Very Low — Extremely High | n=7 | av.=4.57 |
| 2.2) | How well did the instructor demonstrate mastery of the subject? | Very Low — Extremely High | n=7 | av.=4.57 |
| 2.3) | To what extent was the instructor committed to this learning process? | Very Low — Extremely High | n=7 | av.=4.86 |
| 2.4) | How rigorous was this learning experience? | Very Low — Extremely High | n=7 | av.=3.29 |
| 2.5) | To what extent did the course increase your understanding of the subject? | Very Low — Extremely High | n=6 | av.=4.67 |
| 2.6) | Overall, how would you rate this course? | Very Low — Extremely High | n=7 | av.=4.43 |
| 2.7) | Overall, how would you rate the instructor? | Very Low — Extremely High | n=7 | av.=4.57 |

# EXHIBIT F



11:22 AM (40 minutes ago)

to me

Hi Coach,

I wanted to say thank you for giving us a chance to discuss various topics after last week's class. It is rare to experience a conversation of such vulnerable topics in a classroom setting.

Have a nice day.

Sincerely,

[redacted] (She/Her/Hers/Ella)
University of California - Los Angeles '23
[redacted] & Entrepreneurship Double Minor
[redacted]ucla.edu
m: [redacted]
Linke[dIn]
Etsy: