# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COACH WEINHAUS<br><br>PLAINTIFF(S)<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−00262−GW−AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/10/2025 | 3 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Incorrect forms attached.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

By:  /s/ *Jeannine Tillman*
Date: January 16, 2025      *jeannine_tillman@cacd.uscourts.gov*
        Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −