Edward "Coach" Weinhaus, Esq.
102 Ladue Aire Dr.
Creve Coeur, MO. 63141
314-580-9580
eaweinhaus@gmail.com
Plaintiff *In Pro Per*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br>　　　　Plaintiff,<br>　　vs.<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br>　　　　Defendant | Case No.: 2:25-cv-00262-JFW-AS<br><br>**DECLARATION OF LEAD TRIAL COUNSEL, EDWARD "COACH" WEINHAUS** |

**DECLARATION OF LEAD TRIAL COUNSEL, EDWARD "COACH" WEINHAUS**

1) I am Edward "Coach" Weinhaus, plaintiff pro per, and licensed member of the California Bar above the age of 18 years.
2) I declare the following under penalty of perjury, pursuant to the Court's standing order as filed as ECF #9.
3) I am registered as a CM/ECF User.
4) My email address of record is: eaweinhaus@gmail.com .
5) I have read the Court's standing order.
6) I have read the Court's local rules.

1

**Sworn, this day, from St. Louis County, Missouri**

                                  Dated this 22nd day of January, 2025

                                  /s/Edward "Coach" Weinhaus/s/

                                EDWARD "COACH" WEINHAUS
                                Plaintiff *Pro Per*

**PROOF OF SERVICE DECLARATION:**

I hereby served a copy of this document by USPS First Class Mail on the date herein to the Defendant in this matter.

                                          Dated this 22nd day of January, 2025

                                                /s/Edward "Coach" Weinhaus/s/

                                                EDWARD "COACH" WEINHAUS
                                                Plaintiff *Pro Per*