# EXHIBIT A

DATE:`        October 7, 2022

TO:           Sanjay Sood, Department Chair

FROM:         Ad Hoc Review Committee

RE:           Evaluation of Edward Weinhaus in his initial appointment to Continuing Lecturer


## Summary and recommendation

This committee has been asked to review Edward Weinhaus for his initial appointment to Continuing Lecturer. According to the Process for Achieving Continuing Status document, "Evaluations of the academic qualifications or performance of [non-senate] faculty for purposes of consideration for a continuing appointment shall be made on the basis of demonstrated excellence in teaching, academic responsibility, and other assigned duties." These reviews should occur in the academic year in which the lecturer reaches 18 quarters of teaching.

Edward Weinhaus joined Anderson in 2016. His primary responsibilities at Anderson have consisted of teaching undergraduate entrepreneurship related courses.

The committee reviewed Edward Weinhaus' materials, consisting of his teaching record and letters from former students and colleagues. ***Our unanimous assessment is that Edward Weinhaus' teaching and advising meets the excellence standard for an initial appointment as a continuing lecturer.*** The remainder of the report provides further detail to support this assessment.

## Educational and employment background

Edward Weinhaus is a serial and active entrepreneur and a practicing lawyer. Impressively, Edward is a licensed attorney in Missouri, Illinois, and California and practices primarily at the appellate level. He has founded multiple companies including online content generation company BlockShopper. His most recent venture, Athena Bitcoin Global, is a publicly traded company in the cryptocurrency space. Edward has served on the Board of Directors of for-profit companies including Transactly.com and founded and served in leadership roles for non-profits including the Texas Real Estate Investors Association. Prior to coming to Anderson, Edward was an Adjunct Lecturer at Washington University's Olin Business School. Since joining Anderson, he also taught at Pepperdine University Graziadio Business School and University of Chicago Booth School of Business.

Edward received his B.Sc in Economics at London School of Economics and Political Science in 1994, MBA from University of Chicago (Booth) in 2001 and JD from Washington University School of Law in 2018. He holds several other advanced degrees.

## Teaching

**Numerical scores and free response highlights**

1

Edward Weinhaus has taught six different courses at Anderson since joining the faculty. He initially taught at the graduate level teaching one section of MGMT 295D: Business Plan Development" in Fall 2016.  Since Winter 2017, Edward has taught entirely at the undergraduate level for the Undergraduate Minor in Entrepreneurship (UME).  He has taught sections of UME courses 160, 161, 169, 180, and 195.  Briefly, MGMT 160: Entrepreneurship and Venture Initiation is a four-unit course that serves as an introduction to entrepreneurship and venture initiation from the perspective of the entrepreneur.  MGMT 161: Business Plan Development is a four-unit course that teaches the fundamentals of developing an effective business plan. MGMT 195: Community or Corporate Internships in Management was the predecessor capstone internship course before MGMT 169 was created.  MGMT 180: Entrepreneurial Strategy and Law is a novel course created by Edward that can be thought of as a strategy course that trains students to see ways in which companies can use the law to their advantage. MGMT 169: Entrepreneurial Leadership and Practical Experience is the capstone course for UME that provides students with an understanding of how entrepreneurial companies work in the real world having students do internships with external entrepreneurial firms. Edward contributed significantly to the creation of the syllabus when 169 was initially proposed.

Edward has a unique teaching style. <u>According to a student who took 161: Business Plan Development in Fall 2019 (Student Reviewer #5), " …we were told there would be no midterms or finals, not even homework due."</u> "Professor Weinhaus encouraged us to learn from our peers. Every week we would have presentations in front of the class, and teams that were grouped voluntarily would discuss the pros and cons of each presentation." This student states that his teaching style motivated students. Similarly, in 169: Entrepreneurial Leadership in Fall 2020, Student Reviewer #2 noted that "The homework he assigned was built to foster self-improvement, most were encouraged, but not mandatory." The student also mentioned that most student completed the assignments each week. Also, Student Reviewer #4 who took 180: Entrepreneurial Strategy and Law in Fall 2021 states, "He speaks not from a carefully rehearsed script but straight from his own thoughts and experiences, and he uses these to strengthen the fundamental lessons he brings to the classroom." Overall, students appreciate his teaching style.

Edward Weinhaus' average course and instructor evaluations over the last six years are shown in the table below.

| Course | Year/Quarter | Average Course Evaluation (Range) | Average Instructor Evaluation (Range) | Average Section Size |
|---|---|---|---|---|
| 295D: Business Plan Development | F16 | 4.07/5 (4.07) | 4.07/5 (4.07) | 16 |
| 161: Business Plan Development | W17, Su17, Su18, Su19, F19 | 4.38/5 (2.95 ~ 5) | 4.36/5 (2.71 ~ 5) | 17.8 |
| 169: Entrepreneurial Leadership | W20, S20, F20, S21, S22 | 4.36/5 (3.87 ~ 4.83) | 4.59/5 (4.13 ~ 4.92) | 27.6 |

2

| 180: Entrepreneurial Strategy and Law | F20, F21, W22 | 4.59/5 (4.14 ~ 4.83) | 4.60/5 (4.2 ~ 4.89) | 26 |
|---|---|---|---|---|
| 160: Entrepreneurship and Venture Initiation | S22 | 4.67/5 (4.67) | 4.71/5 (4.71) | 50 |
| 195: Internship | F19 | 4.43/5 (4.43) | 4.53/5 (4.53) | 7 |

Edward Weinhaus has taught 16 sections and his instructor average rating has been between 4 to 4.7 out of 5. The lowest rating he received was 2.71 in Winter 2017 for his 161 Business Plan Development. This is one of his earliest teaching endeavors at Anderson, and he quickly increased his rating after that quarter, <u>showing his willingness to learn and improve his teaching.</u> The average section size of his courses has been between 20 to 30.

<u>Student comments for his courses are positive overall.</u> Students highlight many positive aspects of their experience working with him, such as his engaging style, provision of examples and applications to the real world, passion about teaching, and caring about learning. Typical comments include:

> "This was my favorite class this quarter and one of the best and most interesting ones I have taken at UCLA."

> "He is very engaging and uses many real-life examples to connect and teach the class concepts."

> "He does not structure this course in a typical fashion, but it's still very fulfilling."

> "It is clear that he deeply cares about his students and their learning process."

> "An absolutely great guy who cares about his students and really wants them to grow as a person as opposed to just taking tests and memorizing material. I love how focused he is on real world learning that can be applied directly to life post graduation."

<u>More critical comments point out the unstructured nature of the course and find Edward disrespectful to students. Some representative comments include:</u>

> <u>"professor is arrogant and extremely unprofessional."</u>

> <u>"I felt often times the professor was quick to shut down other students opinions for a chance to prove them wrong."</u>

> <u>"I found the lecture a bit confusing and disorganized even though I did the readings."</u>

**Letters from former students and other reviewers**
There are eleven letters from former students on Edward Weinhaus' appointment to Continuing Lecturer. Ten students support the case, while one student is against the appointment. <u>Representative comments to support the case include:</u>

> "It has been almost three years since I took MGMT 161 (Management 161) with him, and

3

yet it is still the most memorable experience I had throughout my entire education. (Student Reviewer #5)"

"…he is genuinely passionate about student success and instructs his students for the sake of learning, rather than for a letter grade. This emphasis on class participation, self-improvement, and passion for entrepreneurship consistently pushes students to grow outside of their comfort zone and makes for meaningful, interesting class discussions. (Student Reviewer #3)"

"It is with great admiration and gratitude that I submit this recommendation for Coach Weinhaus to be appointed to Continuing Lecturer. I consider it a privilege to write this letter on his behalf, and I do so to make the strongest possible recommendation. (Student Reviewer #9)"

"I would highly recommend Coach Weinhaus for his appointment to Continuing Lecturer based on my positive experience in his class and in my other interactions with him. (Student Reviewer #8)"

The former student who does not support his appointment (Student Reviewer #10) states "I wholeheartedly recommend that you do NOT appoint him to be a Continuing Lecturer" and provides the following perspectives:

"[Weinhaus] made everyone call him "coach" despite only being a life coach at one point, and referred to himself frequently as "the hardest drinking Jew in Chicago". He also taught every lesson about integrity or morality through Old Testament examples and expected us to apply….biblical stories to our internship experiences."

"His class was entertaining for the sheer ridiculous nature of it, but it took hours of lecture time that added no value."

Also, Student Reviewer #3 who supports the case notes the following:

"It should be noted that Coach has a notoriously brash, no-nonsense attitude that is definitely something to acclimate to and can be taken as ill-mannered, crass or offensive…. Additionally, his email etiquette was often atrocious and often entirely unhelpful."

The committee also reviewed letters from other reviewers. All eight letters support the case, echoing Edward's effectiveness as a lecturer. One issue that was pointed out is a lack of rigor in students' learning experience. Other Reviewer #3 notes that:

"…his classes aren't as rigorous or challenging as claimed. I would say that his courses require somewhere between average or below average levels of work."

The average score to the question "How rigorous was this learning experience" in student evaluations for all sections Edward taught is 3.94 out of 5, below the average instructor evaluation and substantiates Other Reviewer #3's concern.

4

Though there are several areas Edward Weinhaus can address, overall, the ad hoc committee regards Edward Weinhaus' teaching record as very good.

**Service and EDI**

Edward does not have service duties as part of his appointment but has contributed to UME by developing a new four-unit elective course on entrepreneurial strategy and has contributed significantly to curriculum development for the 169 capstone course.

Regarding the contribution to EDI, Edward incorporates a lecture on EDI in his 169: Entrepreneurial Leadership class. He also asks students to form teams that include students with diverse backgrounds. Furthermore, he has invited female and under-represented minority judges to participate in his 180: Entrepreneurial Strategy and Law. Outside of the classroom, Edward has demonstrated his commitment to serving the community through his volunteer efforts to help community and religious organizations as a board member, community leader, counselor and tutor over several decades.

Overall, the ad hoc committee regards Edward Weinhaus' service and contribution to EDI as good.

**Summary and conclusion**

The ad hoc committee has made a careful appraisal of Edward Weinhaus' teaching and his service contributions. In teaching, he has been a well-regarded and effective lecturer. Edward has contributed to UME outside of the classroom by developing a new four unit elective course on entrepreneurial strategy and contributing significantly to curriculum development for the 169 capstone course. He contributes to EDI through his teaching, and has a long track record of community service. In sum the ad hoc committee judged that Weinhaus has met the standard for the appointment to Continuing Lecturer. Accordingly, the committee voted unanimously in favor of the appointment of Edward Weinhaus to Continuing Lecturer.

**LECTURER SERIES DATA SUMMARY (UNIT 18)**                    **NAME:**  WEINHAUS, Edward

### COMPLIANCE WITH DEPARTMENTAL PROCEDURES UNDER *THE MEMORANDUM OF UNDERSTANDING* (MOU)
### FOR PERSONNEL ACTIONS IN THE LECTURER SERIES

DEPARTMENT:  MANAGEMENT
(Please make all entries in the columns to the right)

| | REVIEW #1 | REVIEW # | REVIEW # | REVIEW # | REVIEW # |
|---|---|---|---|---|---|
| **Report of Vote:** | TYPE: Appointment | TYPE: | TYPE: | TYPE: | TYPE: |
| Indicate class of eligible voters under approved departmental procedures.<br><br>Examples: elected committee, tenure staff, entire staff, etc. | Tenured Faculty | | | | |
| Number eligible to vote _____ | 61 | | | | |
| Motion voted upon as checked under "Type of Review(s)," page 1, and proposed effective date. | Appointment to Initial Continuing Lecturer, retroactively effective 11/1/2022 | | | | |
| Aye _____<br>Nay _____<br>Abstain _____<br>Absent _____<br>Other _____<br>(Explain) | 09<br>34<br>02<br>12<br>04*<br><br>*Review Officers (non-voting) - 3; CAP member - 1 | | | | |