# EXHIBIT C



**ANTONIO BERNARDO**
*Dean and John E. Anderson Chair in Management*

(310) 825-7982  (310) 206-2073 f
abernard@anderson.ucla.edu

**DATE:**      February 16, 2023

**TO:**        Michael Levine, Vice Chancellor for Academic Personnel

**FROM:**      Antonio Bernardo, Dean, UCLA Anderson School of Management

**SUBJ:**      Appointment to Initial Continuing Lecturer for Edward Weinhaus, retroactively effective November 1, 2022

I am writing about the appointment of Edward Weinhaus to Initial Continuing Lecturer, effective November 1, 2022.

The department recommended against the appointment following a negative department vote of 34 "No" and 9 "Yes" (2 abstentions). The ad hoc committee (3 Yes) and Staffing Committee (4 Yes, 1 No) recommended in favor of the appointment. Following my own careful assessment of the strengths and weaknesses of Mr. Weinhaus' teaching record, including his detailed response to issues raised in the department letter, I believe there are valid reasons to conclude that Mr. Weinhaus' teaching record does not meet the standard of "excellence" required for appointment and, therefore, I concur with the department's recommendation against the appointment.

There are several clear strengths in Mr. Weinhaus' teaching record. He garners high overall course and instructor ratings, particularly compared to other faculty teaching in the Undergraduate Minor in Entrepreneurship (UME). Although he performed poorly in his early teaching assignments, his course and instructor ratings have improved over time. Student comments about his classes are generally positive, many are highly enthusiastic, and he received positive endorsement letters from 10 out of 11 past students (the other was strongly negative), former TAs, associated faculty and administrators, as well as from Nathan Wilson, faculty director of the UME, and Olav Sorenson, faculty director of the Price Center for Entrepreneurship and Innovation at UCLA Anderson. His background in Law and Management and his experience as an entrepreneur give him the domain expertise to teach multiple courses in our UME program. Mr. Weinhaus is an enthusiastic and dedicated teacher with a unique and engaging teaching style.

However, there are two clear concerns with the teaching record. First, there is a valid concern that Mr. Weinhaus' courses lack rigor. His numerical ratings on the question "How rigorous was the learning experience?" are generally well below his course and instructor ratings and typically below 4 on a 5-point scale. Many students complain about the lack of clear expectations, unclear grading criteria and express that they are unsure of what they learned. One student commented that "if you chose not to do the readings or take advantage of the resources provided, you might still pass the class, but you would miss out on the whole point of it." One student evaluator (Student Reviewer #5) said "we were told there would be no midterms or finals, not even homework due." And,

110 Westwood Plaza, Suite G415
Los Angeles, California 90095

although Professor Olav Sorenson states in his evaluation letter that his approach to teaching Management 180 (one of the six courses taught by Mr. Weinhaus) is "creative…and rigorous," Professor Nathan Wilson, faculty director of the UME, concludes that "his classes aren't as rigorous or challenging as claimed" and "his courses require somewhere between average and below average levels of work." Although Professor Wilson argues that "concern regarding some lack of academic rigor can be properly mitigated by systematic review of the syllabi," he also noted that students in one of Mr. Weinhaus' classes could replace three of six assignments with "extra credit," effectively circumventing the requirements defined in the syllabus and approved by the department. In my view, Professor Wilson's assessment of the lack of rigor are particularly relevant given his role as faculty director of the UME and his careful consideration of Mr. Weinhaus' teaching record which included visiting "several" of his classes.

Second, numerous students complained about Mr. Weinhaus' abrasiveness, insensitivity and lack of professionalism. One student commented that "the professor is arrogant and extremely unprofessional….shares inappropriate personal stories," another that "the professor was quick to shut down other students' opinions for a chance to prove them wrong," another that he "was disrespectful to students trying to participate and at times felt misogynistic… and [wished] the learning environment was less hostile and more welcoming," and another stated that Mr. Weinhaus presented "unfavorable qualities… [such as] putting down and shamelessly targeting students in a 19 person class." These comments appear across time as well as in recent evaluations, suggesting an unwillingness on Mr. Weinhaus' part to address legitimate student concerns. Of particular concern is the following passage from one of the student evaluators who also served as a teaching assistant in one of his recent classes (Student Reviewer #3):

*It should be noted that Coach has a notoriously brash, no-nonsense attitude that is definitely something to acclimate to and can be taken as ill-mannered, crass or offensive. Frequently, I felt that his impatience and retorts were entirely unwarranted and discouraged students from asking for help when needed. Additionally, his email etiquette was often atrocious and often entirely unhelpful. For example, reasonable questions that could be answered with a simple yes or no would often be responded to with scolding or snarky comebacks that avoided answering the question entirely.*

In sum, Mr. Weinhaus' teaching record has clear strengths, but concerns about the rigor of his courses, his professionalism and the learning environment in his classroom, and his failure to address these concerns, are important and valid. Taken together, these factors indicate that Mr. Weinhaus does not meet the high standard of "excellence" required for an appointment to Initial Continuing Lecturer; I do not find a compelling reason to disagree with the department's recommendation against the appointment.