SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
KELLY M. BUTLER (SBN 342394)
kelly.butler@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 2:25-cv-00262 JFW (ASx)<br><br>**DECLARATION OF MATTHEW W. BURRIS IN SUPPORT OF DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION TO DISMISS**<br><br>Date: May 5, 2025<br>Time: 1:30 p.m.<br><br>Judge: John F. Walter<br>Mag. Judge: Alka Sagar<br>Crtrm.: 7A<br>Trial Date: Not Set |

I, Matthew W. Burris, declare as follows:

1. I am an associate in Quarles & Brady LLP, attorneys of record for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA in the above-entitled matter, and am licensed to practice before this Court. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. On March 6, 2025, I met and conferred with Plaintiff and his co-counsel, Mr. Adam Florek, regarding Defendant's motion to dismiss. In advance of

our teleconference, I provided a written outline of the arguments Defendant anticipated making via this motion to dismiss, as well as the authorities relied on. A true and correct copy of this written correspondence is attached hereto as **Exhibit E.**

3.   This teleconference lasted approximately 20 minutes. During our teleconference, we exchanged our respective views on those arguments.

4.   Ultimately, we were not able to reach agreement through our meet and confer efforts, and accordingly, Defendant proceeded with its motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 17th day of March, 2025, at San Diego, California.

*/s/ Matthew M. Burris*
Matthew W. Burris