EDWARD "COACH" WEINHAUS, ESQ.
LegalSolved LLC
CA BAR #330344, Licensed before C.D.Cal.
11500 Olive Blvd. Suite 133
Creve Coeur, MO. 63141
Telephone: 314-580-9580
E-mail: eaweinhaus@gmail.com

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br><br>   Plaintiff,<br><br>   v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>   Defendant. | Case No. 2:25-cv-00262 JFW (ASx)<br><br>**DECLARATION OF EDWARD "COACH" WEINHAUS IN SUPPORT OF PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO EXTEND DEADLINES**<br><br>Judge:         John F. Walter<br>Mag. Judge:  Alka Sagar<br>Crtrm.:         7A<br>Trial Date:    Not Set |

I, Edward "Coach" Weinhaus, declare as follows.

1. I am a partner at law firm LegalSolved LLC. I am licensed in California, Missouri, Illinois, and licensed to practice before this Court. I am the Plaintiff in this matter. I have personal knowledge of the following facts, and if called as a witness, could and would testify competently thereto.

2. On March 6, 2025, at the conference described by Defendants, Plaintiff and his co-counsel Mr. Florek informed Defendants that they would pursue a default should Defendants miss the deadline for filing the motion to dismiss.

3. On March 17, 2025, Defendant missed its filing deadline at 4pm.

4. On March 17, 2025, immediately, thereafter Plaintiff reached out via email to

Defendants to conference the procedural issue pursuant to Local Rule.

5. Defendants ignored Plaintiff's email.

6. The next day, the Court issued its ruling denying the Motion to Dismiss for other reasons.

7. Defendants continued to ignore Plaintiff's emails to conference.

8. Plaintiff placed multiple calls to Defendants' counsel.

9. Defendants waited until Friday March 21 to respond.

10. Plaintiffs agreed not to pursue Defendants for default prior to the conference, which the parties ultimately scheduled for April 1, 2025.

11. Defendants requested Plaintiff agree to grant an extension of two deadlines – the Rule 26 Conference, and their own dispositive motion deadline.

12. Plaintiff immediately agreed to Rule 26 extension and sent a revised motion largely the same form as **Exhibit 1** to this declaration but for ¶3 which has added in the April 1 conference date.

13. Defendants would not agree to the Joint Motion in Exhibit 1.

14. Rather, Defendants insisted to communicate to the Court that it wanted its dispositive motion deadline extended without disclosing to the Court that its first deadline had been missed.

15. Plaintiffs object to the request for the reasons stated in the Opposition filed herewith and maintained that Plaintiff would not pursue default until after the conference, if at all.

16. Plaintiff also explained to Defendant's counsel that rules of candor require the Court be informed that Defendant had missed its own filing deadline if it indeed sought an extension.

17. Plaintiff communicated this requirement to Defendants' counsel no fewer than three times.

I declare under penalty of perjury under the laws of the State of California and the United Kingdom, where I now sit, that the foregoing is true and correct.

Executed on this 26th Day of March 2025, at London, England, the United Kingdom.

By:    /s/Edward "Coach" Weinhaus/s/
EDWARD "COACH" WEINHAUS, ESQ
Plaintiff
CA BAR# 330344

DECLARATION OF EDWARD "COACH" WEINHAUS IN SUPPORT OF PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO EXTEND DEADLINES