UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br><br>  Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>  Defendant. | Case No. 2:25-cv-00262 JFW (ASx)<br><br>**ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT AND THE PARTIES' DEADLINE TO ENGAGE IN A RULE 26(f) CONFERENCE**<br><br>Judge:      John F. Walter<br>Mag. Judge: Alka Sagar<br>Crtrm.:     7A<br>Trial Date: Not Set |

   This Court, having considered Defendant The Regents of the University of California's *Ex Parte* Application to Extend Deadlines, ORDERS that Defendant's Application is GRANTED as follows:

   1.   The deadline for Defendant to file a responsive pleading is extended from March 17, 2025 to April 8, 2025;

   2.   The deadline for the parties to engage in a conference pursuant to the Federal Rules of Civil Procedure, Rule 26(f), is extended from March 23, 2025 to May 20, 2025, to the extent that deadlines remains applicable following The Regents' responsive pleading.

   IT IS SO ORDERED.

DATED: March 26, 2025

_____
Hon. John F. Walter, U.S. District Judge