# EXHIBIT B



**SANJAY SOOD**
*Faculty Chairman, Deputy Dean of Academic Affairs*
*Professor of Marketing & Behavioral Decision Making*

(310) 825-4461  (310) 206-4119 f
chairman@anderson.ucla.edu

| | |
|---|---|
| DATE: | December 15, 2022 |
| TO: | Dean Antonio Bernardo |
| FROM: | Department Chair Sanjay Sood |
| RE: | Appointment to Initial Continuing Lecturer for **Edward Weinhaus**, effective November 1, 2022 |

The Department does not recommend the appointment of Edward Weinhaus to Continuing Lecturer, effective November 1, 2022. Edward Weinhaus has been evaluated by a three-person Department of Management Ad Hoc Committee, appointed by the department chair in consultation with the Staffing Committee. The latter is a five-member elected committee of the Department that advises the chair on all academic personnel matters. The vote of the Ad Hoc Committee was 3 Yes and 0 No in favor of the appointment. The report of the Ad Hoc Committee was reviewed by the Staffing Committee, which then voted on the merits of the case. The vote of the Staffing Committee was 4 Yes and 1 No in favor of the appointment. Faculty eligible to vote (tenured faculty) were invited to review the entire dossier prior to the Department meeting held on December 2, 2022 to discuss this case. Nonvoting faculty members were invited to give additional information to the chair and to the voting members of the Department. A vote was then conducted by online ballot. The result of the faculty vote is reported below.

| | |
|---|---:|
| Total Faculty Eligible to Vote | 61 |
| Review Officers (Non-Voting) | 4 |
| On Leave (Non-Voting) | 0 |
| Recused (Non-Voting) | 0 |
| Number of Voters (Excluding Sub-Categories Above) | 57 |
| Number Who Actually Voted | 45 |
| Voted Yes | 9 |
| Voted No | 34 |
| Abstained | 2 |
| Number Who Did Not Vote | 12 |

### Background

Edward Weinhaus earned his BSc from the London School of Economics and Political Science in 1994, his MBA from the University of Chicago's Booth School of Business in 2001 and his JD from Washington University in St Louis School of Law in 2018.

Edward Weinhaus is a practicing lawyer, serial entrepreneur, and regular instructor at UCLA and other institutions. He currently runs RelbanE, a management consulting firm, serves as partner at LegalSolved, and as President/Director/Founder of Athena Bitcoin Global. He taught at the Olin Business School at Washington University in St Louis between 2015-2017, at Pepperdine in 2017, and

110 Westwood Plaza, Marion Anderson Hall
Suite G415, Box 951481 Los Angeles, California 90095-1481

at the University of Chicago's Booth School between 2018-19. He joined UCLA Anderson as a lecturer in 2016.

### Teaching

Edward Weinhaus has taught 6 different courses, 5 of which at the undergraduate level. The two he has taught most frequently are MGMT 161 "Business Plan Development" (5 times) and MGMT 169 "Entrepreneurial Leadership" (5 times). He has taught MGMT 180 "Entrepreneurial Strategy and the Law" 3 times, MGMT 160 "Entrepreneurship and Venture Initiation" once, MGMT 195 "Internship" once, and the MBA elective MGMT 295D "Business Plan Development" once.

Across his courses, many students are highly enthusiastic about Edward Weinhaus. Students often praise his entrepreneurial experience, his commitment to students, his enthusiasm, the engaging classroom environment, and his understanding of students' personal circumstances. Some students appreciate his flexible approach to grading, and comment that they learned more as a result.

Several critical themes recur with some regularity. Some students find the material and slides poorly organized, find the expectations and grading criteria unclear, and say they are not sure what they learned from the course. A few students refer to Edward Weinhaus using terms such as "unprofessional", "arrogant", and "disrespectful", and several are displeased with the way in which religious examples and references are used.

The Ad Hoc report provides a breakdown of the numerical instructor ratings by course. Overall they ranged from 2.71 to 5.00 (out of 5); the 2.71 (in Winter 2017) is an outlier, the next lowest instructor rating is 4.20.

The dossier includes 11 letters from students, 10 of which enthusiastically support the appointment, often providing a detailed discussion of what they appreciated about taking classes with Edward Weinhaus, while one student submitted a relatively short letter expressing opposition to the proposed appointment. Several letters from other Anderson faculty, administrators, and teaching assistants are all supportive. The dossier includes a detailed response from Edward Weinhaus to some of the issues mentioned in the letters.

The Ad Hoc report discusses the teaching record in more detail, and summarizes the record as "very good", though with the observation that there are some potential areas for improvement.

With respect to EDI, his personal statement describes several ways in which Edward Weinhaus seeks to enhance EDI in his teaching. Among others, he teaches a session on EDI in his MGMT 169 class, he requires students to form diverse groups, and invites women and individuals from under-represented minorities to serve as judges for his MGMT 180 class.

### Staffing Committee and Department Meeting Discussion

The Staffing Committee discussed this case on November 18, 2022. The committee recognized the strong positive recommendation from the Ad Hoc committee, as well as that from the director of the undergraduate program. The committee appreciated that Edward Weinhaus appears to bring a strong intrinsic motivation to his teaching. The committee felt that the instructor ratings were very good and improving over time, and that many students are very positive. The committee also observed that there was some criticism, among others about Edward Weinhaus' comportment to students, but also

saw the comment from the director of the undergraduate program that Weinhaus takes feedback and criticism well. The committee discussed whether the courses were sufficiently rigorous. They noted that several students, and the director of the undergraduate program, comment that the courses are not very rigorous, and that the numerical rating for rigor in the course evaluations was also lower than that for other attributes. The department chair added that the director of the undergraduate program has a PhD in engineering and may not consider any entrepreneurship class truly rigorous. The committee recognized that Edward Weinhaus is aware of the importance of EDI and tries to be inclusive. The vote was 4 Yes, 1 No, for the appointment to Continuing Lecturer.

The department discussed this case at the meeting on December 2, 2022. The chair of the Ad Hoc Committee introduced the case. The chair briefly reviewed Edward Weinhaus' entrepreneurial career and other teaching experience. The chair reviewed the courses Weinhaus has taught, and quoted from the many positive student comments and a few of the negative ones. The chair noted there were 8 letters from colleagues, all of which were positive, though with some indication of lack of rigor. The chair summarized the Ad Hoc Committee's assessment of the teaching record as "very good". <u>The representative of the Staffing Committee briefly summarized that committee's discussion, highlighting the strong intrinsic motivation that Weinhaus appears to display, and echoing that there was some concern about lack of rigor. The representative mentioned that some students commented about Weinhaus making biblical references in class but added that from the student comments overall that did not appear to be an issue.</u>

Numerous faculty participated in the subsequent open discussion. <u>Many were very critical, referring to a lack of rigor in the courses, lack of content, lack of organization, and lack of professionalism. One faculty member was "shocked" and said "we should not be discussing this". One said they are tolerant as to what instructors say in class but that lack of content should imply voting no. One expressed concern that the teaching involved telling stories without teaching students how to develop their own approach to issues.</u> One faculty member noted that while many of the student comments are positive, they also include a lot of negatives. <u>One felt that there were quite a few problematic issues in the letters and comments, and suggested that some concerns may not show up in student comments if students who are uncomfortable simply drop the course.</u> One faculty member asked how the process had come this far with mostly positive votes. The Ad Hoc chair responded to some of the concerns raised, including commenting that some of the issues raised apply to only one of the courses that Weinhaus teaches. <u>The Ad Hoc chair clarified that undergraduate students often greatly appreciate Weinhaus sharing his real-world experience.</u>

Several faculty members asked about the process by which lecturers are evaluated. One faculty member suggested that the evaluation should include an assessment of rigor and content based on an analysis of the syllabi, while another was concerned about the absence of a peer teaching evaluation. There was brief discussion about how the student letter-writers were selected.

Overall, part revolved around process (such as how letter-writers are selected and lack of peer teaching evaluation), while<u> the tone of the remainder ranged mostly from somewhat concerned to highly critical. The vote results (34 No, 9 Yes) are not inconsistent with the overall tone of the discussion.</u>

### Summary

Edward Weinhaus teaches a range of courses related to entrepreneurship, primarily in the undergraduate program. Many student comments and all but one of the student letters are positive,

and there is consistent support for his proposed appointment as expressed in other letters and in the Ad Hoc report. <u>However, during the department meeting the discussion revolved mostly about various concerns about his teaching that emerge from the dossier, leading to the majority voting negative.</u> The department does not recommend the appointment to Initial Continuing Lecturer, effective November 1, 2022.



UNIVERSITY OF CALIFORNIA, LOS ANGELES — UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO    SANTA BARBARA • SANTA CRUZ

# Dean's Approval Form

Please use this form to record your decision for a case and the relevant details (e.g., Step, Salary, Effective Date). This form should then be uploaded to the Dean's Office Review section of the case in Interfolio.

**Candidate Name**  Edward Weinhaus

**Approval**

Disapprove Initial Continuing Lecturer appointment, effective retroactively to November 1, 2022.

**Name** (typed)  Antonio Bernardo

**Date**  2/16/2023

**Signature**

Click on "Fill and Sign", then "Insert Signature" in Adobe PDF to insert your signature:

*Tony Bernardo* (signature)

VC approval required for off-scale salary  ☐

**Salary Justification Request**