**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 25-262-JFW(ASx)**                                    Date:  May 23, 2025

Title:    Edward "Coach" Weinhaus -v- Regents of The University of California

---

**PRESENT:**
  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

  **Shannon Reilly**                                        **None Present**
  **Courtroom Deputy**                                      **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                      None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

    In the Court's Order filed on April 8, 2025 (Docket No. 23), the parties were "directed to comply with Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26-1 in a timely fashion and to file a Joint Report, on or before **May 16, 2025**."  However, the parties failed to file a Joint Report.

    Accordingly, the parties are ordered to show cause, in writing, on or before **May 27, 2025**, why this action should not be dismissed for failure to comply with the Court's April 8, 2025 Order. No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.


    IT IS SO ORDERED.