SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
KELLY M. BUTLER
kelly.butler@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 2:25-cv-00262 JFW (ASx)<br><br>**DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S RESPONSE TO THE COURT'S MAY 23, 2025 ORDER TO SHOW CAUSE**<br><br>Judge:       John F. Walter<br>Mag. Judge:  Alka Sagar<br>Crtrm.:      7A<br>Trial Date:  Not Set |

Defendant The Regents of the University of California ("The Regents") hereby submits this statement in response to this Court's May 23, 2025 Order to Show Cause.

The Regents filed its Motion to Dismiss the FAC on May 15, 2025, as well as the parties' joint request to continue the May 16, 2025 deadline to file a joint report pursuant to Federal Rule of Civil Procedure, Rule 26(f) ("Joint Report"). The parties spoke on May 16, 2025, regarding the Joint Report, though Plaintiff had not prepared the Joint Report in advance. The parties agreed to further confer on May 20, 2025. Plaintiff had still not provided a proposed Joint Report as of May 20, 2025, so The Regents provided a draft of the Joint Report to Plaintiff on that day.

1  Following several rounds of edits, the parties were able to agree on the Joint
2  Report three days later, and The Regents filed the Joint Report on May 23, 2025.
3  The Regents understands this Court's concern with the parties' delay in filing
4  the Joint Report.  The Regents wishes to assure the Court that it is committed to
5  fulfilling its obligations under the Federal Rules of Civil Procedure, the Local Rules,
6  and this Court's Standing Order, and apologizes for the delay in filing the Joint
7  Report.

Dated:  May 27, 2025              QUARLES & BRADY LLP


                                  By:      /s/ Matthew W. Burris
                                     SANDRA L. McDONOUGH
                                     MATTHEW W. BURRIS
                                     KELLY M. BUTLER
                                     Attorneys for THE REGENTS OF THE
                                     UNIVERSITY OF CALIFORNIA