# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.    **CV 25-262-JFW(ASx)**                                                      Date:  June 23, 2025

Title:    Edward "Coach" Weinhaus -v- Regents of The University of California

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                       None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO CONVERT MOTION TO DISMISS INTO SUMMARY JUDGMENT PROCEEDING UNDER FRCP 12(d) [filed 6/11/2025; Docket No. 47]**

    In light of the Court's Order Granting in Part, Denying in Part Defendant's Motion to Dismiss Plaintiff's First Amended Complaint filed on June 20, 2025 (Docket No. 49), Plaintiff's Motion to Convert Motion to Dismiss Into Summary Judgment Proceeding Under FRCP 12(d) is **DENIED as moot**.  The hearing calendared for July 14, 2025 at 1:30 p.m. is **VACATED**.


    IT IS SO ORDERED.