# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COACH WEINHAUS <br><br> PLAINTIFF(S) <br><br> v. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:25−cv−00262−JFW−AS <br><br><br> **MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Alka Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

<u>X Hearing Required</u>

<u>X Video Conference</u>

Magistratet Judge: <u>Alka Sagar</u>

Date/Time:     <u>February 3, 2026 at  11:00 AM</u>

Courtroom:


 <u>January 28, 2026</u>              By <u> /s/ *Alma Felix* </u>
 Date                                                 Deputy Clerk


CV−19 (11/21)        MOTION RE: INFORMAL DISCOVERY DISPUTE