UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 2:25-cv-00262 JFW (ASx)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE**<br><br>Judge:　　　John F. Walter<br>Mag. Judge:　Alka Sagar<br>Crtrm.:　　　7A<br>Trial Date:　Not Set |

　　　Pursuant to the stipulation of the Parties, the Court hereby orders as follows:

　　　1.　　The deadline to complete mediation is continued from March 2, 2026 to May 2, 2026; and,

　　　2.　　The deadline to submit a Joint Report re: Results of Settlement Conference is continued from March 6, 2026 to May 6, 2026.

　　　**IT IS SO ORDERED.**

DATED: February 27, 2026

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　Judge of the United States District Court

Case No. 2:25-cv-00262 JFW (ASx)