# EXHIBIT A

 Gmail                                    **Edward Weinhaus <eaweinhaus@gmail.com>**

---

## 2:25-cv-00262-JFW-AS | Edward Coach Weinhaus v. Regents of the University of California | [QBLLP-ACTIVE.FID45257603]

---

**Alberti, Celia** <celia.alberti@quarles.com>                          Tue, Feb 24, 2026 at 5:13 PM
To: ASChambers <as_chambers@cacd.uscourts.gov>
Cc: "McDonough, Sandy" <sandy.mcdonough@quarles.com>, "Burris, Matt" <matt.burris@quarles.com>, "Butler, Kelly"
<kelly.butler@quarles.com>, "Farrell, Whitney W." <whitney.farrell@quarles.com>, "Rachel, Mark"
<mark.rachel@quarles.com>, "May, Lori" <lori.may@quarles.com>, Edward Weinhaus <eaweinhaus@gmail.com>, "Adam
Florek <aflorek@florekllc.com>" <aflorek@florekllc.com>

Dear Judge Sagar:

Please find attached for submission the following documents related to the Civil Minutes – General Order (DKT No. 59).

- The Declaration of Susan Murray; and
- The Declaration of Kelly M. Butler.

Best,

Celia



**Celia Alberti | Paralegal**

celia.alberti@quarles.com | D. 619-822-1472

Quarles & Brady LLP

101 West Broadway, Suite 1500, San Diego, CA 92101-8285

quarles.com | LinkedIn

CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system. This communication is not intended to constitute an electronic signature unless expressly stated otherwise.

**2 attachments**

📄 **2026.02.24 Butler Declaration.pdf**
272K

📄 **Declaration of S. Murray.pdf**
2522K

SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
KELLY M. BUTLER (SBN 342394)
kelly.butler@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br><br>            Plaintiff,<br><br>      v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>            Defendant. | Case No. 2:25-cv-00262 JFW (ASx)<br><br>**DECLARATION OF KELLY M. BUTLER**<br><br>Judge:          John F. Walter<br>Mag. Judge:  Alka Sagar<br>Crtrm.:          7A<br>Trial Date:    Not Set |

I, Kelly M. Butler, declare as follows:

1.      I am an associate in Quarles & Brady LLP, attorneys of record for The Regents of the University of California ("The Regents") in the above-entitled matter, and am licensed to practice before this Court.  I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2.      Plaintiff propounded his first set of written discovery to The Regents, including a Request for Production of Documents ("RFP"), on September 20, 2025. RFP No. 1 sought "All DOCUMENTS and COMMUNICATIONS RELATED TO and including but not limited to any statements by, or written or oral communications with, any person concerning any of the matters alleged in the COMPLAINT."  RFP No. 2 sought

Case No. 2:25-cv-00262 JFW (ASx)

"All DOCUMENTS and COMMUNICATIONS RELATED TO and including any mention of Plaintiff including but not limited to any that include the term 'Weinhaus' or 'coachw' (which would by necessity include his entire archive of emails once in his UCLA email account) from 2015 (pre-hiring) until present."  The Regents objected on the basis that these requests were overly broad and unduly burdensome, and that the request sought information that was not relevant to the claims or proportional to the needs of the case.  In particular, The Regents argued that responding to the request would require searching the email accounts of approximately 280,000 University of California employees, and 50,000 University of California, Los Angeles employees, which would take literally years to complete.

3.    The parties attended an informal discovery conference before Magistrate Judge Sagar on February 3, 2026.  On February 5, 2026, Magistrate Judge Sagar issued a minute order limiting RFP Nos. 1 and 2 to "the email accounts of the three individuals named in the FAC, the 24 witnesses identified in the parties' initial disclosures and the 45 faculty members who voted on Plaintiff's application. (ECF No. 59.)  The search for terms that identify, reflect, or relate to Plaintiff's Jewish identity and the search term 'Weinhaus' and 'coachw' will be limited to the years 2022-2023; The search for the remaining terms will be for the period 2017 to February 22, 2023."  (*Id.*)  The court set a deadline of February 24, 2026, to produce responsive documents resulting from the search.  At the time the Court made this order, neither the parties nor the Court could know how many search hits would result from the ordered search parameters.

4.    Our office immediately began the process of obtaining, searching for and reviewing documents responsive to the court-ordered search.  However, the search resulted in a total of 54,916 documents.

5.    Of these, only 732 documents were direct results of the search relating to Plaintiff's Jewish identity, and only 18 of these documents were responsive: [(eddie or weinhaus or coachw) and (jewish or "old testament" or torah or jew or

judaism or israel or zionist or zionism or zog or "anti-semitism" or "anti semitism" or antisemitism or talmud or hebe or hebrew)]. For those that are responsive and non-privileged, our office is producing these documents today.

6.      There remain 41,257 documents that appear to result from overbroad performance-related search terms: [(eddie or weinhaus or coachw) and (rigor or evals or eval or evaluation or evaluations or reviews or review or excellence or score or peer or ume or undergraduate or entrepreneurship or "MGMT 169" or "MGMT 195")].

7.      Our office is continuing to diligently review and prepare these documents for production. However, it is unable to do so within the time frame allotted. Even if our office were able to review one document every minute, it would still take approximately 687 hours (or over 17 full workweeks) to fully review the 41,257 documents.

8.      Our office intends to meet and confer with Plaintiff's counsel regarding the search terms that have resulted in the most hits. This includes "review" and "reviews"; "entrepreneurship"; and "undergraduate." In the meantime, our office will continue to review all documents resulting from the search to ensure it is producing all relevant, responsive, non-privileged documents in a timely fashion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of February 2026, at San Diego, California.


_/s/Kelly M. Butler_
Kelly M. Butler

3                    Case No. 2:25-cv-00262 JFW (ASx)