**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br><br>      Plaintiff,<br><br>      v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>      Defendant. | Case No. 2:25-cv-00262 JFW (ASx)<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:          June 15, 2026<br>Time:         1:30 p.m.<br><br>Judge:        Hon. John F. Walter<br>Mag. Judge:  Hon. Alka Sagar<br>Crtrm.:       7A<br>Trial Date:   September 15, 2026 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Having fully considered Defendant The Regents of the University of California's Motion for Summary Judgment or in the Alternative, Partial Summary Judgment, the pleadings, evidence, and oral argument, the Court rules as follows:

1.    Defendant The Regents of the University of California's motion for summary judgment is GRANTED.  Plaintiff's First Amended Complaint against The Regents of the University of California is dismissed in its entirety with prejudice.

2.    Plaintiff Edward Weinhaus takes nothing and judgment shall be entered in favor of Defendant The Regents of the University of California.

3.    Defendant The Regents of the University of California is the prevailing party in this action and is entitled to recover from Plaintiff its costs of suit in the amount to be determined by the Court on submission of The Regents of the University of California's memorandum of costs, and adjudication of Plaintiff's motion to take costs, if such a motion is filed.

**IT IS SO ORDERED.**

DATED:  _____, 2026

_____
Hon. John F. Walter
United States District Judge

Case No. 2:25-cv-00262 JFW (ASx)