SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
LUCY J. PERITZ (SBN 356324)
lucy.peritz@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

EDWARD "COACH" WEINHAUS, ESQ
eaweinhaus@gmail.com
11500 Olive Blvd. Suite 133
Creve Couer, MO. 63141
Telephone: 314-580-9580

Plaintiff in *PRO PER*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br><br>        Plaintiff,<br><br>    v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>        Defendant. | Case No. 2:25-cv-00262 JFW (ASx)<br><br>**STIPULATION TO CONTINUE THE LAST DAY TO HEAR MOTIONS, OR IN THE ALTERNATIVE, TO SPECIALLY SET HEARINGS**<br><br>Judge:         Hon. John F. Walter<br>Mag. Judge:  Hon. Alka Sagar<br>Crtrm.:        7A<br>Trial Date:    September 15, 2026 |

Plaintiff Edward "Coach" Weinhaus ("Plaintiff"), and Defendant The Regents of the University of California ("The Regents" or "Defendant") (collectively the "Parties"), hereby request that the Court continue the last day to hear motions from June 1, 2026, to June 15, 2026, or in the alternative, to specially set the hearings for The Regents' Motion for Summary Judgment and Plaintiff's Motion to Extend Deadlines as the Court deems proper.

1.    On May 27, 2025, the Court issued a Scheduling and Case Management Order.  (ECF 42.)  As set forth in that order, the last day to hear motions is June 1, 2026.  The discovery cutoff is May 11, 2026; the Pre-Trial Conference date is August 28, 2026; the Trial date is September 15, 2026.

2.    Defendant planned to file a Motion for Summary Judgment and Plaintiff planned to file a Motion to Extend Deadlines to be heard by June 1, 2026, the motion cutoff date.  Defendant represents that when the Defendant began preparing its motion, June 1, 2026 was available for hearing on the chamber's website.

3.    On April 17, 2026, counsel for Defendant sought to schedule a meet and confer with Plaintiff regarding Defendant's upcoming Motion for Summary Judgment.  On April 22, Plaintiff's counsel responded, and counsel for both Parties agreed to meet and confer on April 24, 2026, at 9am.  The Parties met and conferred on both the Motion for Summary Judgment and Motion to Extend Deadlines.

4.    On April 28, 2026, the Parties submitted two Joint Statements of Local Rule 7-3 Conference for their respective motions.  (ECF 70, 71.)

5.    On May 4, 2026, as it prepared to file its Motion for Summary Judgment, Defendant discovered, via the chambers' website, that the civil motions calendar for June 1, 2026 was now closed.  Counsel for Defendant emailed the Courtroom Deputy to inquire how to proceed, copying Plaintiff.  The Courtroom Deputy informed the Parties that they needed to file a stipulation and proposed order to continue the last day to hear motions.  (Ex. A.)  Plaintiff informed the Court he

2

was already seeking relief of extended deadlines for same (ECF 71).  The Courtroom Deputy added that the Court is  "allowing parties to ignore our 35 day rule in the Court's Standing Order and file for the very first available date."

6.      Prior to the parties being able to reach a stipulation regarding an extension or other relief, the Defendant filed its Motion for Summary Judgment on May 4, 2026 (ECF 72) selecting the first available hearing date, June 15, 2026. Plaintiff had reached out to Defendant multiple times prior to its filing.  Once Defendant noticed the June 15, 2026 hearing date, Plaintiff calendared it and began planning in reliance on it in other matters.  Several hours thereafter, Plaintiff filed his Motion to Extend Deadlines (ECF 73) for the same June 15, 2026 hearing date.

7.      Accordingly, the Parties believe that good cause exists to continue the last day to hear motions from June 1, 2026, to June 15, 2026 while Plaintiff requests further relief.  Alternatively, the Parties request the Court specially set the motions to be heard as the Court deems proper.

8.      The Parties have previously sought three extensions of time. Defendants previously sought one extension of time to file a responsive pleading, which the Court granted on March 26, 2025.  (ECF 21.)  The Parties previously sought another extension of time, which the Court denied on May 15, 2025.  (ECF 29.)  The Parties previously sought an extension of the mediation deadline, which the Court granted on February 27, 2026.  (ECF 64.)

NOW THEREFORE, the Parties hereby jointly request the Court enter an order:

1.      Continuing the last day to hear motions from June 1, 2026 to June 15, 2026, or

2.      The Court specially set the motions to be heard as the Court deems proper.

**IT IS SO STIPULATED.**

Dated:  May 5, 2026                    QUARLES & BRADY LLP


By:     _/s/ Lucy J. Peritz_
         SANDRA L. McDONOUGH
         MATTHEW W. BURRIS
         LUCY J. PERITZ
         Attorneys for THE REGENTS OF THE
         UNIVERSITY OF CALIFORNIA

Dated:  May 5, 2026


By:     _/s/ Edward "Coach" Weinhaus_
         EDWARD "COACH" WEINHAUS
         Plaintiff in PRO PER

STIPULATION TO CONTINUE THE LAST DAY TO HEAR MOTIONS, OR IN THE ALTERNATIVE TO SPECIALLY SET HEARINGS