SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
LUCY J. PERITZ (SBN 356324)
lucy.peritz@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE UNIVERSITY OF CALIFORNIA


EDWARD "COACH" WEINHAUS, ESQ
eaweinhaus@gmail.com
11500 Olive Blvd. Suite 133
Creve Couer, MO. 63141
Telephone: 314-580-9580

Plaintiff in *PRO SE*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No. 2:25-cv-00262 JFW (ASx)<br><br>**JOINT REPORT RE: SETTLEMENT CONFERENCE/MEDIATION**<br><br>Judge:        Hon. John F. Walter<br>Mag. Judge:   Hon, Alka Sagar<br>Crtrm.:       7A<br>Trial Date:   September 15, 2026 |

Pursuant to this Court's Scheduling and Case Management Order [ECF 42] and its Order Granting Joint Motion To Extend Mediation Deadline [ECF 64], Defendant The Regents of the University of California ("Defendant") and Plaintiff Edward "Coach" Weinhaus, ("Plaintiff") (collectively, "Parties") submit this Joint Report re: Status of Settlement Negotiations/Mediation.

On April 21, 2026, the Parties engaged in a mediation session with mediator

Arnie Levinson, Esq. The Parties were unable to reach a resolution.

Dated:  May 6, 2026                    QUARLES & BRADY LLP

By: _____/s/ Matthew W. Burris_____
SANDRA L. McDONOUGH
MATTHEW W. BURRIS
LUCY J. PERITZ
Attorneys for THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

Dated: May 6, 2026

By: _____/s/ Edward "Coach" Weinhaus_____
EDWARD "COACH" WEINHAUS
Plaintiff

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the content of this document is acceptable to Edward Weinhaus, Pro Se, and that I have obtained Mr. Weinhaus' authorization to affix his electronic signature to this document.

Dated:  May 6, 2026                    QUARLES & BRADY LLP

By: _____/s/ Matthew W. Burris_____
SANDRA L. McDONOUGH
MATTHEW W. BURRIS
LUCY J. PERITZ
Attorneys for THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

2