SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
LUCY J. PERITZ (SBN 356324)
lucy.peritz@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

EDWARD "COACH" WEINHAUS, ESQ
eaweinhaus@gmail.com
11500 Olive Blvd. Suite 133
Creve Couer, MO. 63141
Telephone: 314-580-9580

Plaintiff in *PRO PER*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br><br>           Plaintiff,<br><br>     v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>           Defendant. | Case No. 2:25-cv-00262 JFW (ASx)<br><br>**JOINT STIPULATION TO STAY CASE PENDING EXECUTION OF SETTLEMENT AGREEMENT**<br><br>Judge:          Hon. John F. Walter<br>Mag. Judge:  Hon. Alka Sagar<br>Crtrm.:        7A<br>Trial Date:   September 15, 2026 |

JOINT STIPULATION TO STAY CASE PENDING EXECUTION OF SETTLEMENT AGREEMENT

TO THE HONORABLE COURT:

Plaintiff Edward "Coach" Weinhaus ("Plaintiff"), and Defendant The Regents of the University of California ("The Regents" or "Defendant") (collectively the "Parties") have reached a settlement in principle.  The Parties hereby submit this Joint Stipulation to Stay Case Pending Execution of Settlement Agreement:

1.     On May 4, 2026, Defendant filed a Motion for Summary Judgment, or in the alternative for Partial Summary Judgment ("MSJ").  (ECF No. 72.)  Plaintiff's deadline to respond to Defendant's MSJ is May 22, 2026.  The hearing on Defendant's MSJ is currently set for June 15, 2026.  (ECF No. 76.)

2.     On May 4, 2026, Plaintiff filed a Motion to Extend Deadlines.  (ECF No. 73.)  Defendant's deadline to respond to Plaintiff's Motion to Extend Deadlines is May 22, 2026. The hearing on Plaintiff's Motion to Extend Deadlines is currently set for June 15, 2026.  (ECF No. 76.)

3.     The Final Pretrial Conference in this matter is scheduled for August 28, 2026.  (ECF No. 42.)  Trial in this matter is scheduled for September 15, 2026.  (*Id*.)

4.     On May 8, 2026, the Parties reached an agreement in principle that will resolve this dispute in its entirety.  The Parties need additional time to finalize and execute the settlement agreement, and to take the actions necessary to effect a dismissal of this action with prejudice.

5.     The Parties agree that a stay of this action will allow them to focus their resources on drafting and executing the settlement agreement, to avoid unnecessary expenditures, and will promote judicial economy.

6.     Accordingly, the Parties have agreed to stay the case and toll all pending deadlines until August 6, 2026, which is 90 days after the Parties reached a settlement in principle, subject to the Court's approval.

NOW THEREFORE, for the good cause set forth above, the Parties request the Court enter an Order staying the case and tolling all deadlines until August 6, 2026.

JOINT STIPULATION TO STAY CASE PENDING EXECUTION OF SETTLEMENT AGREEMENT

**IT IS SO STIPULATED.**

Dated:  May 12, 2026                    QUARLES & BRADY LLP


By:  _____/s/ Matthew W. Burris_____
     SANDRA L. McDONOUGH
     MATTHEW W. BURRIS
     LUCY J. PERITZ
     Attorneys for THE REGENTS OF THE
     UNIVERSITY OF CALIFORNIA

Dated:  May 12, 2026


By:  ___/s/ Edward "Coach" Weinhaus___
     EDWARD "COACH" WEINHAUS
     Plaintiff in PRO PER

JOINT STIPULATION TO STAY CASE PENDING EXECUTION OF SETTLEMENT AGREEMENT