# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| EDWARD "COACH" WEINHAUS, | Case No. 2:25-cv-00262 JFW (ASx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO STAY CASE PENDING EXECUTION OF SETTLEMENT AGREEMENT** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Judge:      John F. Walter |
| | Mag. Judge:  Alka Sagar |
| Defendant. | Crtrm.:      7A |
| | Trial Date:   Not Set |

## **[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, the Court hereby orders as follows:

1.    The Court hereby stays the case pending an executed settlement agreement or, until _____.

**IT IS SO ORDERED.**

DATED: _____

_____
John F. Walter
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO STAY CASE PENDING EXECUTION OF SETTLEMENT AGREEMENT